IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Daniel D. Domenico

Criminal Case No. 1:19-cr-00409-DDD

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. JACK V. SMALLEY,

  Defendant.

---

## PRELIMINARY ORDER OF FORFEITURE
---

  THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(2)(A) and Federal Rule of Criminal Procedure 32.2(b). The Court having read said Motion and being fully advised in the premises finds:

  THAT on January 9, 2020, a jury found defendant Jack V. Smalley guilty of Count One, which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 982(a)(2)(A) for the real property located at 13664 Random Ridge VW, Colorado Springs, Colorado in El Paso County, including all appurtenances thereto;

  THAT based on the evidence introduced at trial, the Court finds the requisite nexus exists between the real property located at 13664 Random Ridge VW, Colorado Springs, Colorado in El Paso County, including all appurtenances thereto, and the crime for which defendant Jack V. Smalley was found guilty; and

- 1 -

THAT prior to the disposition of the assets the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the defendant's interest in real property located at 13664 Random Ridge VW, Colorado Springs, Colorado in El Paso County, including all appurtenances thereto, is forfeited to the United States in accordance with 18 U.S.C. § 982(a)(2)(A);

THAT pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

THAT the United States is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n), via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(2)(A) and Federal Rule of Criminal Procedure 32.2(c)(2), in which all interests will be addressed;

THAT the Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings. Fed. R. Crim. P. 32.2(c)(1); and

- 3 -

THAT this Preliminary Order of Forfeiture may be amended pursuant to Federal Rule of Criminal Procedure 32.2(e)(1).

DATED: January 16, 2020.   BY THE COURT:

_____
Daniel D. Domenico
United States District Judge